**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

IN RE: ADOPTION OF S.R.P. IN RE:     :   No. 429 WAL 2017
ADOPTION OF S.G.P. IN RE: ADOPTION   :
OF K.D.P.     :
    :   Petition for Allowance of Appeal from
    :   the Order of the Superior Court
PETITION OF: J.P., NATURAL FATHER     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.